UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:26-cv-03043-AB-MAA | Date: | September 8, 2026 |
|---|---|---|---|

Title: *Patrick Ibezim Aririguzo et al v. G Tech Smart Inc. et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| | |
|---|---|
| Evelyn Chun | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings: [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiffs are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiffs to show cause, in writing, **on or before September 18, 2026,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiffs' response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒ On August 5, 2026, Plaintiffs obtained entry of default as to Defendants Los Angeles Federal Credit Union and G Tech Smart Inc. dba GTech Smart Remodeling (Dkt. Nos. 64 & 65), pursuant to Fed. R. Civ. P. 55(a), but Plaintiffs have not sought default judgment, pursuant to Fed. R. Civ. P. 55(b). Plaintiffs can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk

will close this matter.

**IT IS SO ORDERED**.